**Entered on Docket**
**March 24, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed March 23, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 11-44932 |
| Michael and Blanca McKean | Chapter 7 |
| Debtors. | Adv. Pro. No. 11-04254 |
| Mitch House, | |
| Plaintiff, | |
| v. | |
| Michael and Blanca McKean, | |
| Defendants. | |

### MEMORANDUM REGARDING PLAINTIFF'S MOTION TO REOPEN

On March 15, 2016, Plaintiff filed his *Motion to Reopen Case for Purpose of Correcting Interest Accrual Date* (doc. 65) (the "Motion"). Plaintiff did not file anything to indicate that the Motion was properly noticed to all parties in interest.

THEREFORE, this memorandum is a notification to the parties that the Court will not take action on the Motion. If Plaintiff would like the Court to consider the Motion, then notice must be given and/or the Motion must be set for a hearing in accordance with applicable rules.

**\*END OF ORDER\***

**Court Service List**

**Mitch House**
154 Crest Avenue
Alamo, CA 94507

**Mitch House**
P.O. Box 788
Alamo, CA 94507

**Michael and Blanca McKean**
1755 3rd St.
Livermore, CA 94550